IGNACIO E. SALCEDA, State Bar No. 164017
REBECCA L. EPSTEIN, State Bar No. 168226
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email: isalceda@wsgr.com
         bepstein@wsgr.com

*Attorneys for Defendants Jagdeep Singh, Fritz Prinz, Timothy Holme, Kevin Hettrich, Frank Blome, Brad Buss, John Doerr, Jürgen Leohold, Justin Mirro, Dipender Saluja, and J.B. Straubel; and Nominal Defendant QuantumScape Corporation*

[Additional counsel on signature page]

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN GONZALEZ and MATTHEW CANNELLA, Derivatively on Behalf of QUANTUMSCAPE CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> JAGDEEP SINGH, FRITZ PRINZ, TIMOTHY HOLME, KEVIN HETTRICH, FRANK BLOME, BRAD BUSS, JOHN DOERR, JÜRGEN LEOHOLD, JUSTIN MIRRO, DIPENDER SALUJA, J.B. STRAUBEL, AND VOLKSWAGEN GROUP OF AMERICA INVESTMENTS, LLC, <br><br> Defendants, <br><br> QUANTUMSCAPE CORPORATION, <br><br> Nominal Defendant. | Case No.: 3:24-cv-07422-WHO <br><br> **JOINT STATUS REPORT; STIPULATION AND [PROPOSED] ORDER** |

- 1 -

The parties by and through their respective counsel hereby submit this Joint Status Report and stipulation.

## JOINT STATUS REPORT

1. The parties have reached a settlement in principle to resolve this action and are now working to draft, finalize, and execute a Settlement Agreement, with approval of the Settlement Agreement to remain subject to Court approval.

2. In the interests of judicial economy and to avoid needless expenditure of party resources, the parties stipulate and jointly request that this case should remain stayed while the parties work to enter formal settlement agreement documentation and the Plaintiffs then prepare to seek preliminary Court approval of the settlement through a noticed motion.

3. The parties respectfully submit the following Stipulation and [Proposed] Order.

## STIPULATION

WHEREAS, the parties have reached a settlement in principle to resolve this action and are working to draft, finalize, and execute a Settlement Agreement, with approval of the Settlement Agreement to remain subject to Court Approval;

WHEREAS, all proceedings and deadlines in this action are currently stayed;

WHEREAS, in the interests of judicial economy and to avoid needless expenditure of party resources, the parties wish for this action to continue to be stayed while a formal Settlement Agreement is entered into and Court approval of the settlement is sought;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to Court approval, as follows:

This action shall continue to be stayed until further Order of the Court.

**IT IS SO STIPULATED.**

- 2 -

Respectfully Submitted,

DATED: February 20, 2026

**THE ROSEN LAW FIRM, P.A.**

*/s/ Laurence M. Rosen*
Laurence M. Rosen, Esq. SBN 219683
355 S. Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Attorneys for Plaintiffs John Gonzalez and Matthew Cannella*

DATED: February 20, 2026

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Rebecca L. Epstein*
Ignacio E. Salceda
Rebecca L. Epstein
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: (650) 320-4908
Email: isalceda@wsgr.com
Email: bepstein@wsgr.com

*Attorneys for Defendants*
*Jagdeep Singh, Fritz Prinz, Timothy Holme, Kevin Hettrich, Frank Blome, Brad Buss, John Doerr, Jürgen Leohold, Justin Mirro, Dipender Saluja, J.B. Straubel, and Nominal Defendant QuantumScape Corporation*

- 3 -

DATED: February 20, 2026

**SULLIVAN & CROMWELL LLP**

*/s/ Laura Kabler Oswell*
Laura Kabler Oswell
550 Hamilton Avenue
Palo Alto, CA 94301
Tel: (650) 461-5600
Email: oswelll@sullcrom.com

Robert J. Giuffra, Jr.
125 Broad Street
New York, NY10004
Tel: (212) 558-4000
Email: giuffrar@sullcrom.com

*Attorneys for Volkswagen Group of America Investments, LLC*

## ORDER

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: February 23, 2026

The Honorable William H. Orrick
DISTRICT COURT JUDGE

- 4 -

JOINT STATUS REPORT STIP. AND [~~PROPOSED~~] ORDER
Case No. 3:24-cv-07422-WHO

**ATTESTATION**

I, Rebecca L. Epstein, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.


Dated:  February 20, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: */s/ Rebecca L. Epstein*
      Rebecca L. Epstein

JOINT STATUS REPORT STIP. AND [PROPOSED] ORDER
Case No. 3:24-cv-07422-WHO